**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 74 WM 2021

Respondent

v.

DAMANI ROBINSON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.